UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSEPH P. VAN DE LAARSCHOT,

   Plaintiff,

v.                Case Number: 16-CV-98

LAKELAND PRINTING COMPANY, INC.
and THE LAKELAND TIMES,

   Defendants.

---

STIPULATION FOR DISMISSAL

---

STIPULATION

   IT IS HEREBY stipulated and agreed by and between the above-captioned parties, by their respective counsel, as follows:

   1. Based on the Agreement signed by the parties, the above-captioned matter shall be dismissed with prejudice without attorney's fees and costs awarded to either party.

| | |
|---|---|
| Dated the 27th of July, 2016 | Dated the 29th day of July, 2016. |
| **MacGILLIS WIEMER, LLC** | **MALLERY & ZIMMERMAN, S.C.** |
| Attorney for Plaintiff, Joseph P. Van De Laarschot | Attorney for Defendants, Lakeland Printing Company, Inc. and The Lakeland Times |
| *[signature]* | *[signature]* |
| Attorney Ryan S. MacGillis | Attorney Thomas P. Krukowski |
| State Bar No. 1080802 | State Bar No. 1013222 |
| MacGillis Wiemer, LLC | Mallery & Zimmerman, S.C. |
| 11040 W. Bluemound Rd., Ste. 100 | 731 N. Jackson St., Suite 900 |
| Wauwatosa, WI 53226 | Milwaukee, WI 53202 |
| T: (414) 727-5150 | T: (414) 271-2424 |
| F: (414) 727-5155 | F: (414) 271-8678 |
| ryan@macgilliswiemer.com | tkrukowski@mzmilw.com |